ome (http://www.miami-dadeclerk.com/home.asp)
nline Services (http://www.miami-dadeclerk.com/online_services.asp)
bout Us (http://www.miami-dadeclerk.com/about.asp)
ontact Us (http://www.miami-dadeclerk.com/contact.asp)
y Account (http://www2.miami-dadeclerk.com/PremierServices/login.aspx)



# Miami-Dade County Civil, Family and Probate Courts Online System

◀◀ Back to Search

## DAVID LOUIS BERKOWER ET AL VS USAA CASUALTY INSURANCE COMPANY

**Local Case Number:** 2015-021011-CA-01

**Filing Date:** 09/11/2015

**State Case Number:** 132015CA021011000001

**Case Type:** Contract & Indebtedness (Greater than $15,000)

**Consolidated Case No.:** N/A

**Judicial Section:** CA10

**Case Status:** OPEN

---

👥 **Parties**                                   Number of Parties: 3  ➕

---

🔧 **Hearing Details**                           Number of Hearing: 0  ➕

---

📶 **Dockets**                                   Dockets Retrieved: 6  ➖

| Date | Book/Page | Docket Entry | Event Type | Comments |
|------|-----------|--------------|------------|----------|
| 09/24/2015 | | Receipt: | Event | RECEIPT#:2880044 AMT PAID:$10.00 ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:CHECK TENDER AMT:$10.00 RECEIPT DATE:09/24/2015 REGISTER#:288 CASHIER:AADRIAN |
| 09/24/2015 | | 20 Day Summons Issued | Service | |
| 09/24/2015 | | 20 Day Summons Issued | Event | *Parties: Berkower David Louis; USAA Casualty Insurance Company; Berkower Sznol* |
| 09/15/2015 | | Receipt: | Event | RECEIPT#:3640151 AMT PAID:$401.00 NAME:NEBLETT |

Ex. A    ALL-STATE LEGAL®

BAYSHORE DR MIAMI FL 33133 ALLOCATION CODE QUANTITY UNIT
AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-
FILING ACH TENDER AMT:$401.00 RECEIPT DATE:09/15/



| | 09/11/2015 | Complaint | Event |
| | 09/11/2015 | Civil Cover | Event |

◀◀ Back to Search

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services (https://www2.miami-dadeclerk.com/Developers). To review the complete Miami-Dade County Disclaimer, follow this link: http://www.miamidade.gov/info/disclaimer.asp (http://www.miamidade.gov/info/disclaimer.asp)

---

Online Case Home (default.aspx)  |  Family Court Information (http://www.miami-dadeclerk.com/families_court.asp)  |
Probate Court Information (http://www.miami-dadeclerk.com/families_probate.asp)  |
Email (http://feedback.miamidade.gov/Community/se.ashx?s=57F314587A23E37E)  |
Login (/PremierServices/login.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/ocs/Search.aspx?AspxAutoDetectCookieSupport=1)  |
Home (http://www.miami-dadeclerk.com/home.asp)  |  Privacy Statement (http://www.miamidade.gov/info/privacy_and_security.asp)  |
Disclaimer (http://www.miamidade.gov/info/disclaimer.asp)  |  Contact Us (http://www.miami-dadeclerk.com/contact.asp)  |
About Us (http://www.miami-dadeclerk.com/about.asp)

MIAMI-DADE
COUNTY  (http://www.miamidade.gov)

2015 Clerk of the Courts. All Rights reserved.

S0142976

 **CT Corporation**

**Service of Process Transmittal**
10/02/2015
CT Log Number 527917793

**TO:**  Enterprise Litigation
United Services Automobile Association
9800 Fredericksburg Rd # E-3-E
San Antonio, TX 78288-0002

**RE:**  **Process Served in Florida**

**FOR:**  USAA Casualty Insurance Company  (Domestic State: TX)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | David Louis Berkower and Sznol Berkower, Pltfs. vs. USAA Casualty Insurance Company, Dft. |
| **DOCUMENT(S) SERVED:** | Notice(s), Summons, Attachment(s), Complaint, Exhibit(s), Letter |
| **COURT/AGENCY:** | Miami-Dade County Circuit Court, FL
Case # 2015021011CA01 |
| **NATURE OF ACTION:** | Insurance Litigation - Policy benefits claimed |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Electronic Receipt on 10/02/2015 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | David Avellar Neblett
Perry & Neblett, P.A.
2550 S. Bayshore Dr
Suite 11
Miami, FL 33133
305-856-8408 |
| **REMARKS:** | Process received by Chief Financial Officer on 09/28/2015, and forwarded to C T Corporation System by electronic delivery on 10/02/2015. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/02/2015, Expected Purge Date: 10/07/2015

Image SOP

Email Notification,  Enterprise Litigation  Linda.Allen@usaa.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1200 South Pine Island Road
Plantation, FL 33324 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of  1 / NR

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.





15-124059

CHIEF FINANCIAL OFFICER
JEFF ATWATER
STATE OF FLORIDA

---

DAVID LOUIS BERKOWER
AND SZNOL BERKOWER,

PLAINTIFF(S),

VS.

USAA CASUALTY INSURANCE COMPANY

DEFENDANT(S).

_____/

SUMMONS, COMPLAINT, EXHIBIT

CASE #:       2015-021011 CA 01
COURT:       CIRCUIT COURT
COUNTY:   MIAMI-DADE
DFS-SOP#: 15-124059

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida.  Said process was received in my office by MAIL on the 28th day of September, 2015 and a copy was forwarded by Electronic Delivery on the 2nd day of October, 2015 to the designated agent for the named entity as shown below.

USAA CASUALTY INSURANCE COMPANY
DONNA MOCH
CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

\* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

Jeff Atwater
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

DAVID AVELLAR NEBLETT ESQUIRE
SUITE 11
2550 S. BAYSHORE DR
MIAMI  FL 33133

JGJ

10320

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

DAVID LOUIS BERKOWER and
SZNOL BERKOWER,

CASE NO.: 2015-021011 CA 01

        Plaintiff,

vs.

USAA CASUALTY INSURANCE COMPANY,

        Defendant.

_____/

### SUMMONS

To each Sheriff of said State:

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in this action on the Defendant:

USAA CASUALTY INSURANCE COMPANY
c/o Florida Chief Financial Officer as RA
200 E. Gaines Street
Tallahassee, FL. 32399-4201

Each Defendant is required to serve written defenses to the Complaint on Plaintiff's Attorney, to wit:

David Avellar Neblett, Esq.
PERRY & NEBLETT, P.A.
2550 S. Bayshore Dr.   Suite 11
Miami, FL 33133
Tel: (305) 856-8408
david@perryneblett.com
jmahaffey@perryneblett.com
tlevy@perryneblett.com

within **twenty (20)** days after service of this Summons on the Defendant exclusive of the day of service, and to file the original of the written defenses with the Clerk of the Circuit Court, 73 West Flagler Street, Miami, Florida 33130, either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

| | |
|---|---|
| Dated on: ~~SEP 2 4 2015~~ | Clerk of Court<br><br>By: _____<br>As Deputy Clerk |

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero de caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANTE

Des Poursuites judicaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cl-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pur vous proteger; vous estes oblige de deposer votre reponse ecrite, avec mention du numero de dossier cl-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse escrite au "Plaintiff/Plaintiff's Attorney" (plaignant ou a son avocat) nomme cl-dessous.

### DADE COUNTY COURT FACILITIES

| | | |
|---|---|---|
| Dade County Courthouse (05) | North Dade Justice Center (23) | South Government Center (26) |
| 73 West Flagler Street, RM 133-138 | 15555 Biscayne Boulevard, RM 10( | 10710 SW 211 Street, RM 103 |
| Miami, FL 33130 | Miami, FL 33160 | Cutler Ridge, FL 33189 |
| | | |
| Joseph Caleb Center (20) | Miami Beach District (24) | Homestead District Court (27) |
| 5400 NW 22 Avenue, RM 205 | 1130 Washington Avenue, RM 224 | 715 NE 1 Road |
| Miami, FL 33142 | Miami Beach, FL 33139 | Homestead, FL 33030 |
| | | |
| Hialeah District Court (21) | Coral Gables District (25) | Sweetwater Branch Office |
| 55 SE 4th Avenue | 2801 Salzedo Street | 500 SW 109 Avenue |
| Hialeah, FL 33010 | Coral Gables, FL 33134 | Sweetwater, FL 33174 |

In accordance with the Americans With Disabilities Act of 1990, persons needing a special accommodation to participate in this proceeding should contact the Court Administrator's Office at the Dade County Courthouse, 73 West Flagler Street, no later than seven days prior to the proceeding at (305) 375-2006 (voice) or (305) 375-2007 (TDD).

Eiling # 31982780 E-Filed 09/11/2015 05:13:42 PM

10320

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

DAVID LOUIS BERKOWER and
SZNOL BERKOWER,

CASE NO:

        Plaintiffs,

vs.

USAA CASUALTY INSURANCE
COMPANY,

        Defendant.

_____/

## COMPLAINT

COME NOW Plaintiffs, DAVID LOUIS BERKOWER and SZNOL BERKOWER, by

and through their undersigned counsel and pursuant to the Florida Rules of Civil Procedure, and

hereby file this Complaint against USAA CASUALTY INSURANCE COMPANY, and allege as

follows:

## BACKGROUND FACTS AND ALLEGATIONS

1.    This is an action for damages in excess of $15,000.00, exclusive of interest and

costs, and therefore meets the jurisdictional limitations of this Court.

2.    Plaintiffs, DAVID LOUIS BERKOWER and SZNOL BERKOWER, are residents

of the State of Florida and are otherwise *sui juris*.

3.    Defendant, USAA CASUALTY INSURANCE COMPANY ("USAA"), is an

insurance carrier licensed to do business in the State of Florida and doing business in Miami-

Dade County.

4.      Plaintiffs, DAVID LOUIS BERKOWER and SZNOL BERKOWER, own a residence that sustained damages (hereinafter "residence").

5.      All conditions precedent have been satisfied or waived.

6.      This Court has jurisdiction over the instant matter pursuant to Section 86.021, Florida Statutes, and this action is otherwise within the jurisdiction of this court as the amount in controversy exceeds the minimal jurisdictional of this Court. ·

7.      On or about November 10, 2014, Plaintiffs, DAVID LOUIS BERKOWER and SZNOL BERKOWER, sustained damages to their residence.

8.      The damages to the subject property are covered by the insurance policy issued by Defendant to Plaintiffs, DAVID LOUIS BERKOWER and SZNOL BERKOWER. A certified copy of the policy of insurance has been requested from Defendant; however, Defendant has failed and refused to provide same or it would be attached hereto. When and if Defendant complies with Plaintiffs' request, the certified copy of the policy will be delivered to Plaintiffs in Miami-Dade County. Plaintiffs have attached what is believed to be a true and accurate copy of an uncertified copy of the subject insurance policy as Exhibit "A."

9.      Plaintiffs, DAVID LOUIS BERKOWER and SZNOL BERKOWER, requested benefits under the subject policy of insurance as a result of the damages sustained to Plaintiffs' residence.

10.     Plaintiffs procured insurance and have been paying premiums in a timely manner, following all of their obligations as insured to be covered in case of need.

11.     Now that Plaintiffs have the necessity to use insurance benefits, Defendant refuses to indemnify Plaintiffs for the damages covered under the policy.

12.     Plaintiffs and Defendant disagree as to the value of the loss.

13.    Plaintiffs fulfilled all post-loss obligations or same have otherwise been waived.

14.    There were numerous attempts by Plaintiffs to get the insurer to adjust the loss and make payments of undisputed amounts.

15.    The insurer refused to actively adjust the claim and/or make sufficient payments.

16.    Plaintiffs formally demanded payment of the subject claim and/or appraisal on a number of occasions.

17.    Defendant failed to properly adjust the loss and/or remit sufficient payment on the subject claim.

18.    Defendant failed to comply with the above mentioned demands and therefore breached the policy of insurance.

19.    As a result of Defendant's breach of the subject policy of insurance, Plaintiffs have suffered damages.

20.    Due to Defendant's breach of the subject policy of insurance, Plaintiffs were forced to hire a public adjuster and assigned benefits of the subject claim to Plaintiffs' public adjuster.

21.    As such, payment of the insurance proceeds due under the subject policy of insurance will be made to Plaintiffs' public adjuster, making Plaintiffs' public adjuster a loss payee who stands in the shoes of Plaintiffs.

22.    Plaintiffs' public adjuster is located in Miami-Dade County, and payment to Plaintiffs' public adjuster will be made in Miami-Dade County.

23.    Defendant's continued failure and refusal to make payment under the subject policy constitutes an ongoing breach in Miami-Dade County, making venue proper in this Court.

24.     Plaintiffs provided the insurer with notice of its various breaches of the policy of insurance and/or issues with Defendant's handling of this claim and failure to provide full payment for the subject loss, and Plaintiffs allowed Defendant a reasonable opportunity to cure same; however, Defendant has not cured same.

25.     Due to Defendant's conduct, Plaintiffs, DAVID LOUIS BERKOWER and SZNOL BERKOWER, were forced to hire and are now obligated to pay the undersigned attorney reasonable attorney's fees.

26.     Due to Defendant's conduct, Plaintiffs, DAVID LOUIS BERKOWER and SZNOL BERKOWER, assigned benefits of the subject claim to Plaintiffs' counsel.

27.     As such, payment of the insurance proceeds due under the subject policy of insurance will be made to Plaintiffs' counsel, making Plaintiffs' counsel a loss payee who stands in the shoes of Plaintiffs.

28.     Plaintiffs' counsel is located in Miami-Dade County, and payment to Plaintiffs' counsel will be made in Miami-Dade County.

29.     Defendant's continued failure and refusal to make payment under the subject policy to Plaintiffs' counsel constitutes an ongoing breach in Miami-Dade County, making venue proper in this Court.

30.     Pursuant to Florida Statutes, Plaintiffs are entitled to recover reasonable attorney's fees from Defendant.

## COUNT I
## BREACH OF CONTRACT

Plaintiffs, DAVID LOUIS BERKOWER and SZNOL BERKOWER, reallege, incorporate by reference, and adopt paragraphs 1 through 30 as though they were originally alleged herein.

4

31.    Plaintiffs, DAVID LOUIS BERKOWER and SZNOL BERKOWER, entered into a contract for insurance with the Defendant. See Exhibit "A."

32.    Defendant breached the contract by failing to fully cover and pay for the damage and/or loss to Plaintiffs' property.

33.    Plaintiffs fulfilled all of their duties under the contract, including all post-loss obligations.

34.    Defendant materially breached the contract by:

a.  Failing to fully pay a covered claim;

b.  Failing to send an adjuster or other professional to properly identify and examine the loss;

c.  Failing to pay for the replacements and/or repairs to be made and for other damages covered by contract;

d.  Disrupting the orderly sequence and time limits for indemnification as planned by the police of insurance;

e.  Making untrue or misleading statements as to the coverage afforded under the policy of insurance upon which Plaintiffs relied to their detriment;

f.  Making untrue or misleading statements as to Defendant's duties and obligations under the policy and/or the insureds' post-loss requirements upon which Plaintiffs relied to their detriment.

35.    As a result of Defendant's breach of the insurance contract, Plaintiffs, DAVID LOUIS BERKOWER and SZNOL BERKOWER, have suffered damages.

WHEREFORE, Plaintiffs, DAVID LOUIS BERKOWER and SZNOL BERKOWER, respectfully request that this Court enter a judgment in favor of Plaintiffs and against Defendant

for damages, together with attorney's fees and costs and for such other relief as this Court deems just and proper.

## COUNT II
### BREACH OF SECTION 627.70131, FLORIDA STATUTES

Plaintiffs, DAVID LOUIS BERKOWER and SZNOL BERKOWER, reallege, incorporate by reference, and adopt paragraphs 1 through 30 as though they were originally alleged herein.

36.　　Florida Statute § 627.70131 states that:

(1)(a) Upon an insurer's receiving a communication with respect to a claim, the insurer shall, within 14 calendar days, review and acknowledge receipt of such communication unless payment is made within that period of time or unless the failure to acknowledge is caused by factors beyond the control of the insurer which reasonably prevent such acknowledgment. If the acknowledgment is not in writing, a notification indicating acknowledgment shall be made in the insurer's claim file and dated. A communication made to or by an agent of an insurer with respect to a claim shall constitute communication to or by the insurer.

37.　　Plaintiffs repeatedly provided written communications to Defendant with respect to this claim and Defendant failed to respond and/or otherwise investigate the claim.

38.　　Pursuant to Fla. Stat § 627.70131, Defendant is required to respond to Plaintiffs' communications, and Defendant violated this statute by failing to do so.

39.　　Pursuant to Fla. Stat § 627.70131, Plaintiffs are entitled to reasonable attorney's fees and costs.

WHEREFORE, Plaintiffs, DAVID LOUIS BERKOWER and SZNOL BERKOWER, respectfully request that this Court enter a judgment in favor of Plaintiffs and against Defendant for damages, together with attorney's fees and costs and for such other relief as this Court deems just and proper.

## COUNT III
## BREACH OF SECTION 624.155, FLORIDA STATUTES

Plaintiffs, DAVID LOUIS BERKOWER and SZNOL BERKOWER, reallege, incorporate by reference, and adopt paragraphs 1 through 30 as though they were originally alleged herein.

40.     Plaintiffs, DAVID LOUIS BERKOWER and SZNOL BERKOWER, surrendered all control over the handling of its claim to Defendant.

41.     Defendant has assumed a duty to exercise such control and make such decisions in good faith and with due regard for the interests of Plaintiffs. See Florida Municipal Insurance Trust v. Village of Golf, 850 So. 2d 544 (Fla. 4th DCA 2003).

42.     Defendant has a duty to investigate the facts, give fair consideration to a settlement offer that is not unreasonable under those facts, and settle, if possible, where a reasonably prudent person, faced with the prospect of paying the total recovery, would do so. See Berges v. Infinity Ins. Co., 896 So.2d 665 (Fla. 2004).

43.     Defendant breached its duty to Plaintiffs by failing to properly investigate the claim and make sufficient payments on the claim.

44.     Defendant has not attempted in good faith to settle claims when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward Plaintiffs, DAVID LOUIS BERKOWER and SZNOL BERKOWER, and with due regard for their interests.

45.     Defendant improperly withheld documents and information relating to the insured's claim to attempt to force a settlement.

7

46. Defendant improperly refused to produce the policy of insurance, claim documentation and/or estimates relating to subject property; Defendant further refused to release the requested information.

47. Defendant improperly made statements, orally and/or in writing that are untrue or misleading as to the claim, the coverage afforded under the policy of insurance, payment, the Defendant's duties and obligations under the policy and the law and/or the insured's post-loss requirements and Plaintiffs reasonably relied upon those statements

48. Defendant failed to promptly settle Plaintiffs' claim and was obligated to do so under the insurance policy.

49. Plaintiffs filed a Notice of Civil Remedy Violation with the Florida Department of Financial Services and provided same to Defendant to notify the insurer of its various breaches of the policy of insurance and/or issues with handling and/or lack of properly handling this claim and failure to provide full payment for same, and Plaintiffs allowed Defendant a reasonable opportunity to cure in conformity with Fla. Stat § 624.155; however, Defendant has not cured its various breaches of the policy of insurance and/or improper handling of Plaintiff's claim.

50. Plaintiffs have agreed to pay the undersigned counsel a reasonable rate for services seeking a resolution of this matter.

51. The Defendant insurer must pay Plaintiffs' attorney's fees for the instant action due to the Defendant insurer's continued breach of the insurance contract and failure to properly adjust this loss, under Section 627.428(1), Florida Statutes (2013). See Travelers v. Meadows, 900 So.2d 676 (Fla. 4th DCA 2005); see Fewox v. McMerit Const. Co., 556 So. 2d 419 (Fla. 2d DCA 1989).

52.   Defendant failed to promptly settle this claim in order to influence settlements under other portions of the insurance policy coverage.

53.   Plaintiffs have suffered damages as a result of Defendant's actions and/or inaction regarding the subject claim.

WHEREFORE, Plaintiffs, DAVID LOUIS BERKOWER and SZNOL BERKOWER, respectfully request that this Court enter a judgment in favor of Plaintiffs and against Defendant for damages, together with attorney's fees and costs and for such other relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs, DAVID LOUIS BERKOWER and SZNOL BERKOWER, hereby demand a trial by jury on all issues so triable.

Respectfully submitted,

**PERRY & NEBLETT, P.A.**
2550 South Bayshore Drive Suite 11
Miami, Florida 33133
Telephone: (305) 856-8408
Facsimile: (305) 856-8409
david@perryneblett.com
jmahaffey@perryneblett.com
tlevy@perryneblett.com

By: _____
DAVID AVELLAR NEBLETT, ESQ, B.C.S.
Florida Bar No.: 526371
JAMES M. MAHAFFEY III, ESQ.
Florida Bar No.: 105353

9

USAA                    11/26/2014 12:08:21 PM  PAGE   2/030   Fax Server

PAGE   1
MAIL-GENR-I


USAA®

## HOMEOWNERS POLICY PACKET

EFFECTIVE 09-24-14 TO: 09-24-16

DAVID LOUIS BERKOWER
3841 N 44TH AVE
HOLLYWOOD FL 33021-1711

CIC    00667 55 78    90A

### IMPORTANT MESSAGES

Refer to your Declarations Page and endorsements to verify that coverages, limits, deductibles and other
policy details are correct and meet your insurance needs. Required information forms are also enclosed
for your review.

1) You are paying more for your policy due to an emergency assessment from Florida
Citizens. FL Citizens is the state-run insurer that provides insurance to individuals
who are unable to secure coverage through other insurance carriers. These properties
are often in high-risk or coastal areas. This emergency assessment is necessary to
enable FL Citizens to pay the claims they received from past hurricane seasons.
Your emergency assessment charge is displayed in the Surcharges section of the
Declarations page.

2) The cost of your attached policy includes an assessment charge to reimburse USAA for
funds it paid to the Florida Insurance Guaranty Association (FIGA). USAA and other
insurance companies contributed funds to FIGA to pay the claims of insolvent
insurers. The FIGA assessment charges are shown on your policy's Declarations page.

3) USAA considers many factors when determining your premium. Maintaining your
property to reduce the probability of loss is one of the most important steps
you can take toward reducing premium increases.  A history of claim activity will
affect your policy premium.

4) Go to usaa.com to view policy coverages and home features.

5) Florida has passed a bill establishing an annual hurricane deductible. As a result,
we will apply a calendar year hurricane deductible to all Florida homeowners and fire
policies for any hurricane losses which occur after May 1, 2005. Please refer to the
Florida Calendar Year Hurricane Deductible Notice for details.

(CONTINUED ON NEXT PAGE)

This is not a bill. Any premium charge or return for this policy will be reflected on your next regular
monthly statement.
To receive this document and others electronically or view your policy summary online, go
to usaa.com.
For U.S. Calls: Policy Service (800) 531-8111.  Claims (800) 531-8222.
HOCS1                                                                    49709-0406

Exhibit "A"

USAA                    11/26/2014 12:08:21 PM   PAGE   3/030   Fax Server

PAGE  2

THIS PAGE INTENTIONALLY LEFT BLANK

PAGE   3
CC 00687 65 78   . 90A

## HOMEOWNERS POLICY PACKET CONTINUED

**6) IN RESPONSE TO FLORIDA LEGISLATION SB1486, LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE FROM THE NATIONAL FLOOD INSURANCE PROGRAM. WITHOUT THIS COVERAGE, YOU MAY HAVE UNCOVERED LOSSES. PLEASE DISCUSS THESE COVERAGES WITH YOUR INSURANCE AGENT.**

7) Your attached policy includes a charge for the Florida Hurricane Catastrophe Fund (FHCF) Emergency Assessment, which provides funds to pay FHCF obligations resulting from the previous hurricane seasons. The FHCF charges are reflected on your Declarations page.

8) Your policy does NOT cover loss due to flood from any source. For information about obtaining flood coverage from the National Flood Insurance Program (NFIP), call USAA at (800) 531-8722, or contact the NFIP directly.

If you already have a flood policy, you should review it to make sure you have the appropriate coverage and limits. No automatic increases or adjustments are applied to your policy. Coverage for loss of household contents due to flood may be available at an additional cost. If you have questions, please call a member service representative at the phone number above.

9) New Florida law allows you to remove or reduce certain coverages in your policy. Please review the enclosed "How Florida House Bill 1A affects you" (form FLHB1A) for details.

10) Your policy premium has increased by   $46.39.  Of this amount,     $.00 is due to a rate increase, and   $46.39 is due to other changes initiated by you or us.

11) Your attached policy includes a charge for the Florida Hurricane Catastrophe fund (FHCF) Assessment, which provides funds to pay FHCF obligations resulting from the previous hurricane seasons. The FHCF charges are reflected on your Declarations page.

HOCS2                                                      52665-0106

CIC   00667 55 78      PAGE   4
90A

**USAA®**

United Services Automobile Association
9800 Fredericksburg Road – San Antonio, Texas 78288

HOMEOWNERS POLICY

This Declarations replaces all prior Declarations, if any.

## THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

HOFL-D1 (01-06)                                    65291-0106

USAA                11/26/2014 12:08:21 PM   PAGE   6/030   Fax Server

PAGE   5
MAIL-GENR-I



**USAA CASUALTY INSURANCE COMPANY**
9800 Fredericksburg Road - San Antonio, Texas 78288
RENEWAL DECLARATIONS PAGE

Named Insured and Residence Premises      Policy Number

DAVID LOUIS BERKOWER AND SZNOL BERKOWER     CIC   00667 55 78 90A

3841 N 44TH AVE
HOLLYWOOD, BROWARD, FL  33021-1711

POLICY PERIOD From: 09/24/14   To: 09/24/15
(12:01 A.M. standard time at location of the residence premises)

| COVERAGES AND LIMITS OF LIABILITY | |
|---|---|
| SECTION I  A. Dwelling | $380,000 |
| C. Personal Property | $285,000 |
| D. Loss of Use (UP TO 24 MONTHS) | $76,000 |
| SECTION II  E. Personal Liability – Each Occurrence | $300,000 |
| F. Medical Payments to Others – Each Person | $1,000 |
| Your premium has already been reduced by the following: | |
| FIRE/BURGLARY CREDIT | $2,478.29 CR |
| BUILDING CODE CREDIT | $9,276.72 CR |
| | |
| **BASIC PREMIUM** | **$5,845.19** |

| OTHER COVERAGES AND ENDORSEMENTS | |
|---|---|
| Form and Endorsements are printed on the following page. | $3,965.26 |

| DEDUCTIBLE(S) (SECTION I ONLY) | |
|---|---|
| We cover only that part of the loss over the deductible stated | |
| HURRICANE  **2% HURRICANE = $7,600** | |
| ALL OTHER PERILS   $1,000      DEDUCTIBLE CREDIT | $715.00 |

| FL SURCHARGES ARE PRINTED ON THE FOLLOWING PAGE. | $1,198.19 |
|---|---|
| **TOTAL POLICY PREMIUM INCLUDING SURCHARGES** | **$10,293.64** |

| PREMIUM SUMMARY | |
|---|---|
| NON-HURRICANE PREMIUM | $3,461.17 |
| HURRICANE PREMIUM INCLUDING FHCP | $6,589.30 |
| (FHCP SURCHARGE $955.02) | |
| OTHER FL SURCHARGES | $243.17 |
| TOTAL POLICY PREMIUM INCLUDING SURCHARGES | $10,293.64 |

PREMIUM DUE AT INCEPTION. THIS IS NOT A BILL. STATEMENT TO FOLLOW.

FIRST MORTGAGEE:
OCWEN LOAN SERVICING, LLC       LOAN NR   688010042
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 6723
SPRINGFIELD, OH  45501-6723

COUNTERSIGNED BY AGENT
In Witness Whereof, this policy is signed on 07/28/14

Steven Alan Bennett, Secretary      Kevin Bergner, President

REFER TO YOUR POLICY FOR OTHER COVERAGES, LIMITS AND EXCLUSIONS.
ATTACH THIS DECLARATION TO PREVIOUS POLICY

HOFL-D1 (01-06)

USAA              11/26/2014 12:08:21 PM   PAGE   7/030   Fax Server



PAGE  6

USAA CASUALTY INSURANCE COMPANY
RENEWAL DECLARATIONS PAGE

|  | Policy Number | | Policy Term: | 09/24/14 | 09/24/15 |
|---|---|---|---|---|---|
| CIC | 00687 55 78 | 90A |  | Inception | Expiration |

POLICY AND ENDORSEMENTS THAT ARE PART OF YOUR CONTRACT WITH US.

REMAIN IN EFFECT (Refer to prior Policy Packet(s) for documents not attached.):

| | | |
|---|---|---|
| QR3CIC | (02-05) | QUICK REFERENCE-SPECIAL FORM |
| HO-3R | (04-93) | HOMEOWNERS SPECIAL FORM |
| ESA | (02-05) | SPOUSE ACCESS ENDORSEMENT |
| HO-FL | (11-08) | FLORIDA SPECIAL PROVISIONS |
| HO-FLDA | (01-07) | HOME FLOOD AMENDATORY ENDR |
| HO-IDF | (07-01) | IDENTITY AND FINANCIAL FRAUD COVERAGE |
| FL271 | (01-05) | HURRICANE DEDUCTIBLE ENDORSEMENT |
| HO-MLDRFL | (10-03) | LIMITED FUNGI COVERAGE |
| HO-17 | (07-00) | ADJUSTED BUILDING COST |
| HO-99FL | (01-12) | SINKHOLE LOSS COVERAGE |
| HO-728FL | (05-05) | REPLACEMENT COST COVERAGE            $1,486.97 |

ADDED:

| | | |
|---|---|---|
| HO-216 | (04-93) | FIRE/BURGLARY PROTECTION CREDIT |
| 219 | (01-03) | BUILDING CODE CREDIT |
| HO-225FL | (05-05) | BUILDING ORDINANCE OR LAW COVERAGE  (50%)  $2,478.29 |

SPECIFICALLY LISTED BELOW ARE SURCHARGES.

| | |
|---|---|
| EMERGENCY MANAGEMENT FUND | $2.00 |
| FL HURRICANE CATASTROPHE FUND (FHCF) PREMIUM RECOUPMENT | $955.02 |
| FL HURRICANE CATASTROPHE EMERGENCY ASSESSMENT | $130.65 |
| CITIZENS EMERGENCY ASSESSMENT | $100.51 |
| FL INSURANCE GUARANTY ASSOCIATION RECOUPMENT | $10.01 |

HO-D2 (04-93)              07/28/14

USAA          11/26/2014 12:08:21 PM   PAGE   8/030   Fax Server

PAGE   7
CIC    00667 55 78    90A

HO-225FL (05-05)

### BUILDING ORDINANCE OR LAW COVERAGE - FLORIDA

For an additional premium, for loss caused by a Peril Insured Against to buildings under Coverage A or B, we will pay the increased costs which are required to rebuild, repair or demolish this property (including debris removal) due to compliance with any ordinance or law in effect at the time of the loss.

If, as a result of a covered loss, the limit of liability under Additional Coverages, Building Ordinance or Law is exhausted; then we will pay up to an additional 50% of the Coverage A limit of liability.

This coverage is additional insurance.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

**Term Premium**     $2,478.29

Copyright, USAA, 2005.  All rights reserved.

HO-225FL (05-05)

65116-0505
Page 1 of 1

USAA          11/26/2014 12:08:21 PM   PAGE   9/030   Fax Server

CIC   00667 55 78      PAGE   8
90A

**FIRE/BURGLARY PROTECTION CREDIT**          HO-216 (04-93)

For a premium credit, we acknowledge the installation of an alarm system, smoke detector or automatic sprinkler system approved by us on the residence premises. You agree to maintain this system in working order and to notify us promptly of any change made to the system or if it is removed.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

| System | Type |
|---|---|
| BURGLAR | CENTRAL |
| FIRE/SMOKE | CENTRAL |

Total Policy Credit  $2,478.29

ALARM TYPES

Local:   System sounds at the residence only.

Remote:  System with a direct line to a police or fire system.

Central:  System with a direct connection to a central, commercial location where the alarm is constantly monitored.

Copyright, USAA, 1993. All rights reserved.
Includes copyright material of Insurance Services Office, Inc., with its permission.

HO-216 (04-93)                                          Page 1 of 1

PAGE  9

CIC    00667 55 78      90A

219 (01-03)

THIS ENDORSEMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.

**WINDSTORM LOSS MITIGATION CREDIT**
(Building Code Credit)

For a premium credit, we acknowledge your representation of the installation of fixtures and/or the use of construction techniques designed to reduce the amount of loss in the event of a windstorm at your residence.

You agree to maintain any fixtures in working order at all times. You agree to notify us within 90 days of any and all additions to the dwelling. You also agree to notify us within 90 days of any changes made to the fixtures or construction techniques, or if the fixtures are removed. Failure to comply with any of these conditions will result in the discontinuance or readjustment of the benefits of this endorsement, including any related premium credit, in the event of such a failure.

**OTHER POLICY PROVISIONS**

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

Total Policy Credit   $9,276.72

Copyright, USAA, 2003.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

219 (01-03)

PAGE  10
CIC    00667 55 78    90A

### FLORIDA CALENDAR YEAR HURRICANE DEDUCTIBLE NOTICE

Florida law requires that the hurricane deductible for this policy be applied on an annual basis to all hurricane losses that occur during the calendar year.

**What this means to you**

Beginning May 1, 2005, we will apply a calendar year hurricane deductible to all Florida homeowners and fire policies. If your property is damaged by more than one hurricane during this calendar year, we may apply a deductible to the subsequent hurricane that is the greater of:

-- The remaining amount of the hurricane deductible; or

-- The amount of the deductible that applies to all other perils.

**Handling hurricane damage this year**

- **Report all windstorm-related damage.** We can help you keep track of the damage, which will make handling any future claims easier. Reporting this damage will not raise your insurance rates.

- **Document repairs and keep all receipts.** This will help determine when you've reach your deductible. Remember to photograph the damage before repairs begin.

For additional information, please refer to the Calendar Year Hurricane Deductible Endorsement.

FL-HD (01-05)                                                      49426-0105

USAA          11/26/2014 12:08:21 PM  PAGE  12/030   Fax Server

                                   CIC   00667 55 78      PAGE  11
                                                          90A

)

## HOW FLORIDA HOUSE BILL 1A (FL HB 1A) AFFECTS YOU

Florida House Bill 1A (FL HB 1A) allows you to do the following:
  • Remove certain coverage from your policy.

Explanations can be found below. Before you decide to remove coverage from your policy, we suggest you call us at 1-800-531-USAA (8722) to discuss it. USAA does not recommend that you remove these coverages.

**Windstorm and Hail Coverage**
You can remove coverage for windstorm, hail, hurricane and tropical storm from your USAA policy. USAA has elected to treat windstorm and hail as a combined peril. If you elect to exclude windstorm coverage, you will also be electing to exclude hail coverage.

If you elect to remove this coverage, Florida requires we send you a request form to submit a handwritten statement that reads:

  "I do not want the insurance on my (home/condominium unit) to pay for damage from windstorms or hurricanes. I will pay those costs. My insurance will not."

The request form must be signed and dated by all named insureds listed on the policy. If you want us to send you a request form, call 1-800-531-USAA (8722). If your property is financed, you must also include a letter from your mortgage company giving its permission to remove the coverage from your policy. Once the letters are received, we'll process the change as requested. This coverage can only be added or removed within 30 days after policy issuance or when your policy renews.

**Contents Coverage**
You can remove coverage for your contents from your policy. This option is not available for condominium units.

If you elect to remove this coverage, Florida requires we send you a request form to submit a handwritten statement that reads:

  "I do not want the insurance on my home to pay for the costs to repair or replace any contents that are damaged. I will pay those costs. My insurance will not."

The request form must be signed and dated by all named insureds listed on the policy. Once this letter is received, we'll process the change as requested. This coverage can only be added or removed within 30 days after policy issuance or when your policy renews. If you want us to send you a request form, call 1-800-531-USAA (8722).

**Sinkhole Coverage**
You can reject Sinkhole Loss Coverage and carry only Catastrophic Ground Cover Collapse (CGCC) Coverage. Read "Sinkhole Coverage" (form FLSNKREJ) for descriptions of both coverage options. If you elect to reject Sinkhole Loss Coverage, your request must be in writing for changes to apply.

CIC   00667 55 78        PAGE   12
                                                            90A

## CHECKLIST OF COVERAGE
### Policy Type: Homeowner

The following checklist is for informational purposes only. Florida law prohibits this checklist from changing any of the provisions of the insurance contract which is the subject of this checklist. Any endorsement regarding changes in types of coverage, exclusions, limitations, reductions, deductibles, coinsurance, renewal provisions, cancellation provisions, surcharges, or credits will be sent separately.

Reviewing this checklist together with your policy can help you gain a better understanding of your policy's actual coverages and limitations, and may even generate questions. By addressing any questions now, you will be more prepared later in the event of a claim. Experience has shown that many questions tend to arise regarding the coverage of attached or detached screened pool enclosures, screened porches, and other types of enclosures. Likewise, if your policy insures a condominium unit, questions may arise regarding the coverage of certain items, such as individual heating and air conditioning units; individual water heaters; floor, wall, and ceiling coverings; built-in cabinets and counter tops; appliances; window treatments and hardware; and electrical fixtures. A clear understanding of your policy's coverages and limitations will reduce confusion that may arise during claims settlement.

Please refer to the policy for details and any exceptions to the coverages listed in this checklist. All coverages are subject to the provisions and conditions of the policy and any endorsements. If you have questions regarding your policy, please contact your agent or company. Consumer assistance is available from the Department of Financial Services, Division of Consumer Services' Helpline at (800) 342-2762 or www.fldfs.com.

This form was adopted by the Florida Financial Services Commission.

| Dwelling Structure Coverage | | |
|---|---|---|
| Limit of Insurance: | $380,000 | Loss Settlement Basis:  Replacement Cost |
| **Other Structures Coverage**<br>You may have purchased additional coverage limits that are not shown here. | | |
| Limit of Insurance: | $38,000 | Loss Settlement Basis:  See Note Below |
| **Personal Property Coverage** | | |
| Limit of Insurance: | $286,000 | Loss Settlement Basis: REPLACEMENT COST |
| **Deductibles** | | |
| Annual Hurricane: | $7,600 | All Perils (Other Than Hurricane):  $1,000 |

Note: Other Structures that are buildings are settled at Replacement Cost, and other structures that are not buildings are settled at Actual Cash Value.

OIR-B1-1670
FL-HO3CHK(02)   Rev. 10-07

62267-1007
Page 1 of 4

USAA                11/28/2014 12:08:21 PM .PAOE  14/030   Fax Server

CIC    00667 55 78      PAGE  13
                                                            90A

The Limit of Insurance, Deductibles, and Loss Settlement Basis on page 1 apply to the following perils insured against:

(Items below marked Y (YES) indicate coverage IS included, those marked N (NO) indicate coverage is NOT included)

| | |
|---|---|
| Y | Hurricane |
| Y | Windstorm or Hail (other than hurricane) |
| Y | Fire or Lightning |
| Y | Explosion |
| Y | Riot or Civil Commotion |
| Y | Aircraft |
| Y | Vehicles |
| Y | Smoke |
| Y | Vandalism or Malicious Mischief |
| Y | Theft |
| Y | Falling Objects |
| Y | Weight of Ice, Snow or Sleet |
| Y | Accidental Discharge or Overflow of Water or Steam |
| Y | Sudden and Accidental Tearing Apart, Cracking, Burning, or Bulging |
| Y | Freezing |
| Y | Sudden and Accidental Damage from Artificially Generated Electrical Current |
| Y | Volcanic Eruption |
| Y | Sinkhole Loss |
| Y | Any Other Peril Not Specifically Excluded (dwelling and other structures only) |
| N | Flood (including loss caused by hurricane) |

Special limits and loss settlement exceptions may apply to certain items. Refer to your policy for details.

| Loss of Use Coverage | | |
|---|---|---|
| Coverage | Limit of Insurance | Time Limit |
| (Items below marked Y (YES) indicate coverage IS included, those marked N (NO) indicate coverage is NOT included) | Total for the following coverages is listed below. | |
| Y  Additional Living Expense | | Up to 24 Months |
| Y  Fair Rental Value | $76,000 | Up to 24 Months |
| Y  Civil Authority Prohibits Use | | Up to 2 Weeks |

OIR-B1-1670
FL-HO3CHK(02) Rev. 10-07                                    Page 2 of 4

CIC    00667 55 78       PAGE  14
                                                                90A

| | Property - Additional/Other Coverages<br>You may have purchased additional coverage limits that are not shown here. | | | |
|---|---|---|---|---|
| | (Items below marked Y (YES) indicate coverage IS included, those marked N (NO) indicate coverage is NOT included) | Limit of Insurance | Amount of insurance is an additional amount of coverage or is included within the policy limit | |
| | | Provided in Contract | Included | Additional |
| Y | Debris Removal | 5% of Applicable Policy Limits | | X |
| Y | Reasonable Repairs | Up to Applicable Policy Limits | X | |
| Y | Property Removed | Up to Applicable Policy Limits | X | |
| Y | Credit Card, Electronic Fund Transfer Card, or Access Device, Forgery and Counterfeit Money | $5,000 | | X |
| Y | Loss Assessment | $1,000 | X | |
| Y | Collapse | Up to Applicable Policy Limits | X | |
| Y | Glass or Safety Glazing Material | Up to Applicable Policy Limits | X | |
| Y | Landlord's Furnishings | $2,500 | X | |
| Y | Law and Ordinance | 5% of Applicable Dwelling Limits | | X |
| Y | Grave Markers | Up to Applicable Policy Limits | X | |
| Y | Mold | $10,000 | | X |

| Discounts | |
|---|---|
| (Items below marked Y (YES) indicate discount IS applied, those marked N (NO) indicate discount is NOT applied) | Discount Amount |
| N Multiple Policy | |
| Y Fire Alarm / Smoke Alarm / Burglar Alarm | $2,478.29 |
| N Sprinkler | |
| Y Windstorm Loss Reduction (FBC) | $9,276.72 |
| N Building Code Effectiveness Grading Schedule | |
| N New Home | |

OIR-B1-1670
FL-HO3CHK(02) Rev. 10-07                                    Page 3 of 4

USAA                    11/28/2014 12:08:21 PM   PAGE   16/030   Fax Server

CIC    00667 55 78     PAGE   15
                                                           90A

| Other Coverage Options | |
| --- | --- |
| (Items below marked **Y** (YES) indicate coverage IS included, those marked **N** (NO) indicate coverage is NOT included) | Limit of Insurance |
| N  Home Protector | Up to 25% of Dwelling Limits |
| N  Home Protector Plus | Up to 50% of Dwelling Limits |

| Personal Liability Coverage | |
| --- | --- |
| Limit of Insurance:    $300,000 | |
| **Medical Payments to Others Coverage** | |
| Limit of Insurance:    $1,000 | |

| Liability - Additional/Other Coverages | | | |
| --- | --- | --- | --- |
| (Items below marked **Y** (YES) indicate coverage IS included, those marked **N** (NO) indicate coverage is NOT included) | Limit of Insurance | Amount of Insurance is an additional amount of coverage or is included within the policy limit | |
| | | Included | Additional |
| Y  Claim Expenses | $300,000 | X | |
| Y  First Aid Expenses | $300,000 | X | |
| Y  Damage to Property of Others | $1,000 | X | |
| Y  Loss Assessment | $1,000 | X | |

Copyright, USAA, 2006. All rights reserved.

OIR-B1-1670
FL-HO3CHK(02) Rev. 10-07                                   Page 4 of 4

CIC   00667 55 78          PAGE  16
                                              90A

## SINKHOLE LOSS COVERAGE REJECTION

All policies include coverage for Catastrophic Ground Cover Collapse. Subject to USAA's approved underwriting guidelines you may also purchase coverage for Sinkhole Loss. Below is a description of both coverages.

**Coverage Options**

| Coverage | Covers | Deductible |
|---|---|---|
| Sinkhole Loss | Structural damage to the covered building, including the foundation, caused by settlement or systematic weakening of the earth supporting the covered building, but only if the settlement or systematic weakening results from contemporaneous movement or raveling of soils, sediments, or rock materials into subterranean voids created by the effect of water on a limestone or similar rock formation. Contents and additional living expenses coverage apply if there is coverage for damage to the covered building. | A 10% deductible applies to this coverage. |
| Catastrophic Ground Cover Collapse | Structural damage to the covered building, including the foundation, if geological activity results in the following: (1) abrupt collapse of the ground cover; (2) a depression in the ground cover clearly visible to the naked eye; and (3) condemnation of the insured structure or an order to vacate the structure by a governmental agency authorized by law to issue such an order for that structure. Contents coverage applies if there has been loss resulting from a catastrophic ground cover collapse. | The All Other Perils deductible on the policy. |

Please refer to page two of your policy Declarations to determine which coverage is provided under your policy. If your policy already includes coverage for Sinkhole Loss you have the option to reject this coverage and carry only Catastrophic Ground Cover Collapse. **This will result in a reduction in premium and a reduction in coverage.** To select Catastrophic Ground Cover Collapse only, complete the information below and return this form to us. Important: Your request must be in writing for the change to apply.

If you have any questions, please call a USAA member service representative at 1-800-531-USAA (8722).

FLSNKREJ(02) Rev. 07-12



67436-0112
Page 1 of 2

USAA                11/26/2014 12:08:21 PM   PAGE   18/030    Fax Server

                                                    PAGE   17
                                        CIC · 00667 55 78    90A

**REJECTION NOTICE**

This rejection will apply for the duration of this policy and to all policy renewals that follow. This includes any reinstated or reissued policy for the property below that USAA or an affiliated company covers without interruption.

☐  I want Catastrophic Ground Cover Collapse Coverage only.*

*Choosing this coverage constitutes rejection of Sinkhole Loss Coverage.

USAA#:        00667 55 78              POLICY #: 90A

Property Address:   3841 N 44TH AVE

                    HOLLYWOOD, BROWARD, FL  33021-1711

Signature _____   Date _____

Mail the completed notice to:    USAA

                    9800 Fredericksburg Road

                    San Antonio, TX 78288-0001

Or, fax it to:        (800) 531-8877

**If this form is sent by fax, the sender authorizes the document received by USAA as a duplicate original and the signature produced by the receiving fax machine as the sender's original signature.**

FLSNKREJ(02) Rev. 07-12                              Page 2 of 2

CIC   00667 55 78      PAGE  18
                                                          90A

## Notice of Premium Discounts for Hurricane Loss Mitigation

### *** Important Information ***
#### About Your Personal Residential Insurance Policy

JULY 28, 2014

Dear Homeowner,

Hurricanes have caused tens of billions of dollars in insured damages and predictions of more catastrophic hurricanes making landfall in Florida have triggered increases in insurance premiums to cover potential future losses. Enclosed is information regarding wind loss mitigation that will make your home more resistant to wind and help protect your family during a catastrophic event. In addition to reducing your hurricane wind premium by installing mitigation features, you may also reduce the likelihood of out of pocket expenses, such as your hurricane deductible, you may otherwise incur after a catastrophic event.

### What factors are considered in establishing my premium?

Your location: The closer a home is to the coast, the more vulnerable it is to damage caused by hurricane winds. This makes the hurricane-wind premium higher than for similar homes in other areas of the state.

Your policy: Your insurance policy is divided into two premiums: one for damage caused by hurricane force winds (hurricane-wind) and one for all other damage (all perils), such as fire.

Your deductible: Under the law, you are allowed to choose a $500, 2%, 5% or 10% deductible, depending on the actual value of your home. The larger your deductible, the lower your hurricane-wind premium. However, if you select a higher deductible your out-of-pocket expenses in the event of a hurricane claim will be higher.

Improvements to your home: The state requires insurance companies to offer discounts for protecting your home against damage caused by hurricane winds. Securing your roof so it doesn't blow off and protecting your windows from flying debris are the two most cost effective measures you can take to safeguard your home and reduce your hurricane-wind premium. These discounts apply only to the hurricane-wind portion of your policy.

The costs of the improvement projects vary. Homeowners should contact a licensed contractor for an estimate. You can find a Certified Contractor in your area by visiting the Florida Department of Business and Professional Regulation online at www.myfloridalicense.com.

Your maximum discount: Discounts are not calculated cumulatively. The total discount is not the sum of the individual discounts. Instead, when one discount is applied, other discounts are reduced until you reach your maximum discount of 91%.

64328-0510
Page 1 of 4

CIC   00667 55 78

PAGE  19
90A

How can I take advantage of the discounts?

Homeowners will need a qualified inspector such as a general, building, or residential contractor licensed under Section 489.111, Florida Statutes, or a professional engineer licensed under Section 471.015, Florida Statutes, who has passed the appropriate equivalency test of the Building Code training program as required by Section 553.841, Florida Statutes, or a professional architect licensed under Section 481.213, Florida Statutes, or a building code inspector certified under Section 468.607, to inspect the home to identify potential mitigation measures and verify improvements. For a listing of individuals and/or inspection companies meeting these qualifications contact your insurance agent or insurance company.

The following is an example of how much you can reduce your insurance premium if you have mitigating features on your home. The example is based on your hurricane-wind premium* of $5,634.28 which is part of your total annual premium of $9,095.45. Remember, the discounts shown only apply to the hurricane-wind portion of the premium and the discounts for the construction techniques and features listed below are not cumulative.

*Wind mitigation credits apply to that portion of your premium that covers the peril of wind, whether or not a hurricane exists.

Homes built prior to the 2001 building code

| Description of Feature | Estimated* Premium Discount Percent | Estimated* Annual Premium ($) is Reduced by: |
|---|---|---|
| Roof Covering (i.e. shingles or tiles) | | |
| • Meets the Florida Building Code. | 0% | $0.00 |
| • Reinforced Concrete Roof Deck. (If this feature is installed on your home you most likely will not qualify for any other discount) | 39% | $2,197.36 |
| How Your Roof is Attached | | |
| • Using a 2" nail spaced at 6" from the edge of the plywood and 12" in the field of the plywood. | N/A | N/A |
| • Using a 2 1/2" nail spaced at 6" from the edge of the plywood and 12" in the field of the plywood. | N/A | N/A |
| • Using a 2 1/2" nail spaced at 6" from the edge of the plywood and 6" in the field of the plywood. | 0% | $0.00 |

USAA               11/26/2014 12:08:21 PM  PAGE  21/030   Fax Server

                                                        PAGE  20
                                     CIC  00667 55 78    90A

| Description of Feature | Estimated* Premium Discount Percent | Estimated* Annual Premium ($) Is Reduced by: |
|---|---|---|
| **Roof-to-Wall Connection** <br> • Using "Toe Nails" – defined as three nails driven at an angle through the rafter and into the top roof. | N/A | N/A |
| • Using Clips – defined as pieces of metal that are nailed into the side of the rafter/truss and into the side of the top plate or wall stud. | N/A | N/A |
| • Using Single Wraps – a single strap that is attached to the side and/or bottom of the top plate and are nailed to the rafter/truss. | 0% | $0.00 |
| • Using Double Wraps – straps are attached to the side and/or bottom of the top plate and are nailed to the rafter/truss. | 0% | $0.00 |
| **Roof Shape** <br> • Hip Roof – defined as your roof sloping down to meet all your outside walls (like a pyramid). | 17% | $957.82 |
| • Other. | 0% | $0.00 |
| **Secondary Water Resistance (SWR)** <br> • SWR – defined as a layer of protection between the shingles and the plywood underneath that protects the building if the shingles blow off. | 4% | $225.37 |
| • No SWR | 0% | $0.00 |
| **Shutters** <br> • None. | N/A | N/A |
| • Intermediate Type – shutters that are strong enough to meet half the old Miami-Dade building code standards. | N/A | N/A |
| • Hurricane Protection Type -- shutters that are strong enough to meet the current Miami-Dade building code standards. | 0% | $0.00 |

* Estimate is based on information currently on file and the actual amount may vary.

OIR-B1-1655 (Rev. 02/10) Adopted by Rule 690-170.0 155                    Page 3 of 4

USAA               11/26/2014 12:08:21 PM  PAGE  22/030    Fax Server

CIC   00667 55 78     PAGE  21
90A

### Homes built under the 2001 building code or later

| Description of Feature | Estimated* Premium Discount Percent | Estimated* Annual Premium ($) is Reduced by: |
|---|---|---|
| Homes built under the 2001 Florida Building Code or later edition (also including the 1994 South Florida Building Code for homes in Miami-Dade and Broward Counties) are eligible for a minimum 68% discount on the hurricane-wind portion of your premium. You may be eligible for greater discount if other mitigation features are installed on your home. | | |
| Shutters<br>• None.<br><br>• Intermediate Type – shutters that are strong enough to meet half the old Miami-Dade building code standards.<br><br>• Hurricane Protection Type – shutters that are strong enough to meet the current Miami-Dade building code standards. | | |
| Roof Shape<br>• Hip Roof – defined as your roof sloping down to meet all your outside walls (like a pyramid).<br><br>• Other. | | |

ᴴ  Estimate is based on information currently on file and the actual amount may vary.

Alternately and regardless of the year of construction, if you meet the minimum fixture and construction requirements of the 2001 Florida Building Code you have the option to reduce your hurricane-wind deductible from _____ 2% to _____ 2%.

If you have further questions about the construction techniques and features or other construction techniques and features that could result in a discount, please contact your insurance agent or the insurance company at 1-800-531-USAA (8722).

OIR-B1-1655 (Rev. 02/10) Adopted by Rule 690.170.0155                                Page 4 of 4

CIC    00667 55 78          PAGE   22
                            90A

## HOMEOWNERS POLICY - OUTLINE

THE FOLLOWING OUTLINE OF COVERAGE IS FOR INFORMATIONAL PURPOSES ONLY. IT IS THE EXPRESS INTENT OF S. 627.4143, FLORIDA LAW PROHIBITS THIS OUTLINE FROM CHANGING ANY OF THE PROVISIONS OF THE INSURANCE CONTRACT WHICH IS THE SUBJECT OF THIS OUTLINE. ANY ENDORSEMENTS REGARDING CHANGES IN TYPES OF COVERAGE, EXCLUSIONS, LIMITATIONS, REDUCTIONS, DEDUCTIBLES, COINSURANCE, RENEWAL PROVISIONS, CANCELLATION PROVISIONS, SURCHARGES OR CREDITS WILL BE SENT SEPARATELY.

THE INFORMATION IN THIS FORM BRIEFLY OUTLINES THE MAJOR COVERAGES, EXCLUSIONS, NON-RENEWAL AND CANCELLATION PROVISIONS. **YOU SHOULD READ YOUR POLICY FOR COMPLETE DETAILS ON THE COVERAGE.** THE COVERAGES AND LIMITS YOU HAVE PURCHASED AND THE PREMIUMS CHARGED ARE LISTED ON THE DECLARATIONS PAGE. IN THE EVENT OF ANY CONFLICT BETWEEN THE POLICY AND THIS OUTLINE, THE PROVISIONS OF THE POLICY SHALL PREVAIL.

**SECTION I - PROPERTY COVERAGE:**

COVERAGE A    covers your dwelling, including structures attached. Coverage A applies to real property owned by you.

COVERAGE B    covers private, nonbusiness structures at your residence, detached from the dwelling, such as a garage, fence, swimming pool or guest house.

COVERAGE C    covers your personal property such as clothes and furniture. Certain special limits apply such as $200 to money and $1000 for theft of jewelry. You should review these in Section I of your policy along with the kinds of property which are not covered, such as motorized vehicles and property of roomers or boarders.

COVERAGE D    Additional Living Expense provides for payments to you if you temporarily cannot continue to live in your residence because of a covered loss to your dwelling.

Additional Coverages provided by the policy are: Debris Removal; Cost of Reasonable Repairs; Coverage for certain losses to trees, plants and shrubs; Fire Department Service Charge; Coverage for Property Removed due to a covered loss; Credit Card, Fund Transfer Card, Forgery and Counterfeit Money; Loss Assessment; Collapse; Lock Replacement; Refrigerated Products, Land, Landlord's Furnishings, Building Ordinance or Law; and Temporary Living Expense.

**Perils Insured Against:**

FORM HO-3 -- SPECIAL FORM. Covers dwelling, other structures, and loss of use against all risks of physical loss, with certain exceptions.

Personal property is covered for named perils, some of which are: Fire or Lightning, or Explosion, Riot, Aircraft, Vehicles, Smoke, Vandalism and Theft.

FORM HO-6 - CONDOMINIUM UNIT-OWNERS FORM. Covers personal property, unit owners building items, and loss of use against loss by the same perils as provided under the HO-3 for personal property.

CIC    00667 55 78    PAGE  23
90A

**Property Exclusions:**

The principal exclusions in your property coverage are briefly referred to here: Loss from earth movement (other than Sinkhole Activity), water damage from flood and other surface or wind-driven waters, power failure, neglect, war and nuclear hazards.

**Deductibles:**

If the property is eligible for windstorm, hurricane and hail coverage, Florida policies contain a separate deductible for hurricane losses, which may result in high out-of-pocket expenses for you. The hurricane deductible applies only once for all hurricane-related losses that occurs for a single policy during a calendar year (January 1 through December 31).

If the property excludes coverage for windstorm, hurricane, and hail, then coverage is available through the Citizens Property Insurance Corporation (Citizens).

**Liability Coverages - Section II:**

Section II of your policy covers you for your legal liability for bodily injury or property damage to others, arising out of your residence or the personal activities of you and your family members away from the residence. Coverage does not apply to liability resulting from your business pursuits, motor vehicles, or certain kinds of watercraft.

**Coverage Modifications:**

The Homeowners Program is very flexible, providing numerous ways to accommodate any special needs you may have. Some of the more common optional coverages include:

- Home Protector or Home Protector Plus – these endorsements provide coverage for increased costs of construction and debris removal.

- Building Ordinance or Law – this endorsement pays for the increased costs you have to pay to repair or replace damaged buildings in accordance with ordinances or laws that regulate construction, repair, or demolition.

- Replacement Cost – this endorsement provides replacement cost coverage for most personal property insured under Coverage C of the Homeowners Policy.

- Water Backup or Sump Pump Overflow – this endorsement provides coverage for damage resulting from water which backs up through sewers, drains, or which overflows from sump pumps.

**Renewal and Cancellation Provisions:**

You may cancel the policy at any time for any reason. Our rights to cancel or nonrenew your policy are limited to those conditions described in your policy. If we intend to cancel or refuse renewal of your policy, we must send you a notice telling the reasons for our action and give you advance notice of the cancellation and nonrenewal date.

15220(02) Rev. 11-06                                    Page 2 of 3

USAA                    11/26/2014 12:08:21 PM  PAGE  25/030   Fax Server

                                              CIC    00667 55 78     PAGE  24
                                                                     90A

**Premium Credits:**

There are various premium credits available which may help to reduce your premium. The
following is a brief list of credits for which you may qualify:

* New Home Discount
* Fire Alarm/Smoke Detector
* Sprinkler
* Florida Building Code Credit
* Florida Building Code Effectiveness Grading Schedule



9800 Fredericksburg Road
San Antonio, Texas 78265

CIC    00667 55 78

PAGE   25
90A

## BUILDING ORDINANCE OR LAW COVERAGE OPTIONS

If you don't want to make changes, there is no need to return this notice. If you decide to make a change, please sign the attached selection/rejection notice and return it to us. For an additional premium, the coverage can be increased or added to your policy. If you decide not to continue this coverage, sign the attached selection/rejection notice and return it to us.

Regardless of whether you have Building Ordinance or Law coverage or not, state law requires that we periodically give you the opportunity to add, increase, or reject the coverage. A brief description appears below for your reference.

Important: rejection must be in writing for changes to apply to this coverage.

### DESCRIPTION OF BUILDING ORDINANCE OR LAW COVERAGE

Building Ordinance or Law coverage pays for the increased costs you incur to repair or replace damaged buildings in accordance with ordinances or laws that regulate construction, repair or demolition. The available Building Ordinance or Law endorsement provides either 25 percent or 50 percent of the stated dwelling amount for the increase in construction cost due to Building Ordinance or Law compliance.

This additional coverage provides protection when in the course of repairing damage from a covered loss, you are required to upgrade or retrofit the damaged building to comply with codes or ordinances enacted between the time the building was originally constructed and the date construction begins. Coverage is also provided when laws or ordinances require the demolition of damaged buildings, including undamaged portions, prior to rebuilding.

### SELECTION/REJECTION NOTICE

Florida law requires that we obtain your signature if you want to change your Building Ordinance or Law coverage limit, or if you want to reject the additional coverage entirely. Please indicate your choice and complete this selection/rejection notice, sign and date below, and return it to us.

☐ I want Building Ordinance or Law coverage of 50 percent.¹
☐ I want Building Ordinance or Law coverage of 25 percent.¹
☐ I want to reject both the 25 percent and 50 percent additional Building Ordinance or Law coverage limits entirely.

   ¹ Choosing this percentage limit constitutes rejection of the other percentage limit available.

Signature ————————————————    Date ————————————

If this form is sent by facsimile machine (fax), the sender adopts the document received by USAA as a duplicate original and adopts the signature produced by the receiving fax machine as the sender's original signature.

Policy Number ——————————    Property Address ————————————

Mail the completed notice to:                          ————————————————

   USAA PROPERTY                                      ————————————————
   USAA
   9800 Fredericksburg Road                           ————————————————
   San Antonio, Texas 78288-0001

23939(03) Rev. 11-09                                                   Page 1 of 2

PAGE  26





*00667557823939(02)*

23939(03) Rev. 11-09

USAA               11/26/2014 12:08:21 PM  PAGE  28/030     Fax Server

                                              CIC   00667 55 78    PAGE  27
                                                                    90A

### Your Home Characteristics

Our mission at USAA is to help protect your financial security. One way we do this is by helping you determine if you're adequately covered in the event of a loss. We can calculate the minimum rebuilding cost of your home based on your home characteristics, but only you can decide if this is enough coverage. Our estimates are based on average construction costs and labor costs for geographic areas and may not reflect the unique features of your home or the area you live in.

On the back of this page, you'll find your home characteristics. If any of the information is incorrect, the rebuilding cost may be affected, so please revise any inaccuracies by:

* Logging on to usaa.com, selecting your policy and then Home Characteristics, or
* Calling us at 1-800-531-USAA (8722).

**Should I adjust the coverage on my flood or wind policy?**
If you have a separate flood or wind policy for this property, please call your agent or insurer to confirm that your coverage is adequate. For flood or wind policies serviced by the USAA Insurance Agency, please call 1-800-531-8444 for flood policies or 1-800-531-8883 for wind policies. Wind coverage is available in Alabama, Florida, North Carolina, South Carolina, Texas and Mississippi.

60321(03) Rev. 06-13                          60321-0613__01
                                              Page 1 of 2

USAA                11/26/2014 12:08:21 PM   PAGE   29/030    Fax Server

PAGE  28
CIC    00667 55 78      90A

## Your Home Characteristics

YEAR BUILT: 1971
STORIES: 1.0
*SQUARE FEET: 2903
*Total Square Footage: Includes garage square footage if there is living space that is heated or
cooled above the garage. It does not include a finished basement or attic.

FOUNDATION (S) : SLAB
EXTERIOR WALL: STUCCO ON BLOCK
ROOF COVERING: CLAY TILE
YEAR ROOF INSTALLED: 2006
GARAGE TYPE: ATTACHED GARAGE – 2 CAR

INTERIOR WALL PARTITIONS: DRYWALL
INTERIOR WALL COVERINGS: PAINT
CERAMIC TILE
FLOOR COVERINGS: CARPET (STANDARD) WALL TO WALL
CERAMIC TILE
HARDWOOD
KITCHEN: 1 STANDARD
BATHROOMS: 3 STANDARD; 1 CUSTOM
FIREPLACE: NONE
HEAT & AIR: HEATING – ELECTRIC
CENTRAL AIR CONDITIONING – SAME DUCT

WIRED FOR CENTRAL ALARM: YES

60321(03) Rev. 06–13                                        Page 2 of 2

USAA .                    11/26/2014 12:08:21 PM  PAGE  30/030    Fax Server

LAST PAGE  29
CIC   00667 55 78    90A

## HURRICANE DEDUCTIBLE OPTIONS

Your policy has a "hurricane" deductible as required by Florida legislation. Windstorm losses caused by or resulting from a hurricane will be subject to the "hurricane" deductible shown on your Declarations page.

Your "hurricane" deductible will apply to losses by windstorm anytime a storm system has been declared to be a hurricane by the National Weather Service and a hurricane watch or warning has been issued anywhere in Florida and ends 72 hours following the termination of the last hurricane watch or warning anywhere in Florida. Non-hurricane wind and hail losses will be subject to the "all other perils" deductible shown on your Declarations page.

If you had a hurricane loss under this policy or under one in our group during the same calendar year and you lower your "hurricane" deductible under a new or renewal policy, the lower "hurricane" deductible will not apply until January 1 of the following calendar year.

All current deductible combinations are shown below. You may increase the deductibles applicable to your policy at any time. Just write or call us to discuss the options that may fit your needs. Remember, if you select a higher deductible than the minimum, you will be given a premium credit.

Unless you have chosen one of the hurricane deductibles below, your hurricane deductible will be $500 for dwellings under $100,000 or 2% for dwellings $100,000 or over. Please refer to your Declarations page for the hurricane deductible that applies.

### DEDUCTIBLE OPTIONS AND COMBINATIONS
(Homeowners)

| Dwelling Under $100,000 Hurricane / All Other Perils | Dwelling $100,000 and Over Hurricane / All Other Perils |
|---|---|
| 500  /  100 | 2%  /  100 |
| 1000  /  100 | 5%  /  100 |
| 2000  /  100 | 10%  /  100 |
| 2%  /  100 | |
| | 2%  /  250 |
| 500  /  250 | 5%  /  250 |
| 1000  /  250 | 10%  /  250 |
| 2000  /  250 | |
| 2%  /  250 | 2%  /  500 |
| | 3%  /  500 |
| 500  /  500 | 4%  /  500 |
| 1000  /  500 | 5%  /  500 |
| 2000  /  500 | 10%  /  500 |
| 2%  /  500 | |
| 5%  /  500 | 2%  /  1000 |
| 10%  /  500 | 3%  /  1000 |
| | 4%  /  1000 |
| 1000  /  1000 | 5%  /  1000 |
| 2000  /  1000 | 10%  /  1000 |
| | |
| 2000  /  2000 | 2%  /  2000 |
| | 3%  /  2000 |
| | 4%  /  2000 |
| | 5%  /  2000 |
| | 10%  /  2000 |

*When the amount of insurance is lower than $5,000, the maximum deductible allowed is $500.
**When the amount of insurance is between $5,000 through $9,999, the available hurricane deductibles are $500, $1,000, $2,000, and 10%.
***When the amount of insurance is between $10,000 through $24,999, the available hurricane deductibles are $500, $1,000, $2,000, 5% and 10%.

30995(03)  Rev. 6-06

30995-0506
Page 1 of 1